No. 22-1826

TERRENCE TERRELL MOORE,

    Petitioner-Appellant,

v.

BRYAN MORRISON, Warden,

    Respondent-Appellee.

Before: SUTTON, Chief Judge.

## JUDGMENT

THIS MATTER came before the court upon the application by Terrence Terrell Moore for a certificate of appealability.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the application for a certificate of appealability is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk